UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

MOHAMMED ABDUL MOHI,

Defendant(s).

_____/

Case: 5:07-cr-20172
Assigned To: O'Meara, John Corbett
Referral Judge: Scheer, Donald A
Filed: 04-04-2007 At 01:25 PM
INDI USA V. SEALED MATTER (TAM)

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and

arrest warrant in this case be sealed for the following reasons:

1.      That the United States is apprehensive that the defendant may flee the
        jurisdiction upon becoming aware that an indictment has been returned.

2.      That the United States is apprehensive that there is danger of harm to
        potential government witnesses if the defendant become aware of the
        indictment prior to arrest.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

MARK J. JEBSON
Special Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9100

DATED: April 4, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

MOHAMMED ABDUL MOHI,

Defendant(s).

_____/

Case: 5:07-cr-20172
Assigned To: O'Meara, John Corbett
Referral Judge: Scheer, Donald A
Filed: 04-04-2007 At 01:25 PM
INDI USA V. SEALED MATTER (TAM)

## ORDER TO SEAL

The Government having moved to seal certain documents filed April 4, 2007, and the

Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place

and not be opened unless by further Order of this Court.

_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED:   4/ 4/07